◼ In the Matter of FRANCHISE REALTY INTERSTATE CORPORATION et al., Respondents, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Appellant. — Judgment and order unanimously affirmed, without costs, for reasons stated in the report of special referee. (Appeal from judgment and order of Supreme Court, Onondaga County, McLaughlin, J. — Real Property Tax Law, art 7.) Present: Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

◼ JAMES L. SEAGO, Appellant, v JILL P. ARNOLD, Respondent. — Order unanimously modified by deleting the second decretal paragraph and, as modified, affirmed, without costs. Memorandum: Family Court improperly enjoined petitioner from bringing any further proceedings without being represented by counsel. A party is permitted to prosecute or defend a civil action "in person" (CPLR 321, subd [a]).

With respect to the merits of the petition, Family Court properly found that the petition failed to allege sufficient facts to warrant a hearing. (Appeal from order of Yates County Family Court, Dugan, J. — modification of support.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.